**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7334**

_____

CHARLES W. BARLOW,

Plaintiff - Appellant,

versus

DEBRA JEAN KELLY, Manager of Self Service Gas
and Groceries Excetra at Chenoweth's Ashland
Service Station on Parsons Road; BUTCH'S ASH-
LAND, Gilman, West Virginia; JAMES R. FOX;
JORY AND SMITH,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins. Robert Earl Maxwell, Senior
District Judge. (CA-96-61-2)

_____

Submitted: March 13, 1997        Decided: March 19, 1997

_____

Before HALL, ERVIN, and WILKINS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles W. Barlow, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint and various post-judgment motions. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barlow v. Kelly</u>, No. CA-96-61-2 (N.D.W. Va. July 12, 1996, Feb. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>